UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

Paula Kingman                )
and Calvin Kingman,          )
                             )
            Plaintiffs,      )
                             )
vs.                          )          06-0907-CV-W-HFS
                             )
Dillards, Inc.,              )
                             )
            Defendant.       )


   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  Decision by Court.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment is entered against defendant and in favor or Paula Kingman in the amount of $186,388.00, and in favor of Calvin Kingman in the amount of $1,000,000.00.


July _7_, 2010                          ANN THOMPSON
                                        CLERK OF COURT


                                        /s/ Tina Duer_____
                                        by Tina Duer